IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:15CR291 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| **SARA PETERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the court is the Notice of Related Case (Filing No. 7) filed by the government, indicating that the above matter is related to USA v. Junian Johnson, Case No. 8:15CR290. After a review of the matter the court finds that these cases are related. Accordingly,

IT IS ORDERED:

1. The above case is reassigned to Senior Judge Joseph F. Bataillon and remains assigned to Magistrate Thomas D. Thalken for judicial supervision and processing of all pretrial matters; and

2. The Clerk of the Court will file this order in Case No. 8:15CR290.

DATED this 30th day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge